UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CAIRO, an Illinois Municipal Corporation, PAUL F. FARRIS, JOSEPH BARGO, and PATRICK J. COX, LINDA JACKSON, and ELBERT PURCHASE,<br><br>Defendants. | Case No. 07-cv-00419-JPG |

## JUDGMENT

**Decision by Court.** This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by Plaintiff St. Paul Fire & Marine Insurance Company against Defendants Linda Jackson, Elbert Purchase, and the City of Cairo in this case are dismissed;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff St. Paul Fire & Marine Insurance Company, and against Defendants Paul F. Farris, Joseph Bargo, and Patrick J. Cox on all claims and that this case is dismissed with prejudice.

**DATED: July 8, 2008**

                                            **NORBERT G. JAWORSKI, CLERK**

                                            s/Brenda K. Lowe, Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **U.S. District Judge**